Binghamton Boiler Compound Company, Appellant, v. McConnell Manufacturing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Arthur Smith Crounse, Respondent, v. Anna Crounse, Appellant.— Interlocutory judgment unanimously affirmed, without costs. No opinion.

Elmira Realty Company, Respondent, v. Judson A. Gibson and Others, Appellants.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, P. J., not voting.

George Fisher, Respondent, v. Allen C. Meeker, Appellant.— Motion denied.

Allen B. Flanders, Appellant, v. John McFarland and Others, Impleaded with Libbie Peets and Emma La Mar, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

———

* See Code Civ. Proc. § 1656.— [REP.